No. 168. THE PEOPLE OF THE STATE OF ILLINOIS EX REL. JOHN B. GASKILL, PLAINTIFFS IN ERROR, *v.* FOREST HOME CEMETERY COMPANY OF CHICAGO ET AL. In error to the Supreme Court of the State of Illinois. Argued March 4, 1915. Decided March 8, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of (1) *Eustis* v. *Bolles*, 150 U. S. 361; *Yazoo & Miss. R. R.* v. *Brewer*, 231 U. S. 245, 249; *Holden Land Co.* v. *Interstate Trading Co.*, 233 U. S. 536, 541; (2) *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 105; *Consol. Turnpike* v. *Norfolk &c. Ry.*, 228 U. S. 596, 599–600;

*Ennis. Water Works* v. *Ennis*, 233 U. S. 652, 658. *Mr.* *George W. Wilbur* for the plaintiffs in error. *Mr. Walter D.* *Herrick* for the defendants in error.